IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOHN W. LAWIT and
JOHN W. LAWIT, P.C.,

    Plaintiffs,

v.                                                                      No. 13-cv-0835 SMV/LFG

MANEY & GORDON, P.A.;
RICHARD H. MANEY;
JEFFREY L. GORDON; and
CHRISTIAN G. A. ZELLER;

    Defendants.

## ORDER RESCHEDULING MOTION HEARING

**Date and time**:      December 23, 2013, at 1:30 p.m.

**Matter to be heard**:  Defendants' Motion to Compel Arbitration [Doc. 6]

    **IT IS ORDERED, ADJUDGED, AND DECREED** that the hearing on Defendants' Motion to Compel Arbitration [Doc. 6], set for December 9, 2013, at 10:00 a.m., is VACATED and RESET for **December 23, 2013, at 1:30 p.m.** in the Pecos Courtroom, on the third floor of the Pete V. Domenici United States Courthouse, 333 Lomas Boulevard NW, Albuquerque, New Mexico.

    **IT IS SO ORDERED.**

                                                            _____
                                                             **STEPHAN M. VIDMAR**
                                                             **United States Magistrate Judge**
                                                             **Presiding by Consent**