IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOHN W. LAWIT and
JOHN W. LAWIT, P.C.,

    Plaintiffs,

v.                                                         No. 13-cv-0835 SMV/KK

MANEY & GORDON, P.A.;
RICHARD H. MANEY;
JEFFREY L. GORDON; and
CHRISTIAN G. A. ZELLER;

    Defendants.

## ORDER FOR STATUS REPORT

THIS MATTER is before the Court sua sponte. The parties filed a Status Report on December 1, 2015, indicating that they had scheduled arbitration for February 1–5, 2016. [Doc. 48]. Counsel shall file a status report addressing the outcome of that arbitration no later than **March 9, 2016.**

    IT IS SO ORDERED.

                                                               **STEPHAN M. VIDMAR**
                                                               **United States Magistrate Judge**