## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**JOHN W. LAWIT and**
**JOHN W. LAWIT, P.C.,**

    **Plaintiffs,**

**v.**                                                                                    **No. 13-cv-0835 SMV/KK**

**MANEY & GORDON, P.A.;**
**RICHARD H. MANEY;**
**JEFFREY L. GORDON; and**
**CHRISTIAN G. A. ZELLER;**

    **Defendants.**

## ORDER FOR STATUS REPORT

THIS MATTER is before the Court sua sponte. The parties filed a Status Report on March 9, 2016, indicating that they had scheduled arbitration for May 2–4, 6, and 9, 2016. [Doc. 51]. Counsel must file a status report addressing the outcome of that arbitration no later than **June 24, 2016.**

    **IT IS SO ORDERED.**

    _____
    **STEPHAN M. VIDMAR**
    **United States Magistrate Judge**
    **Presiding by Consent**