IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| JOHN W. LAWIT, ESQ., and JOHN W. LAWIT, P.C., a New Mexico Professional Corporation,<br><br>      Plaintiffs,<br><br>v.<br><br>MANEY & GORDON, P.A., a professional corporation, RICHARD H. MANEY, ESQ., JEFFREY L. GORDON, ESQ. and CHRISTIAN G. A. ZELLER, ESQ.<br><br>      Defendants, | No. 1:13-CV-835 SMV-KK |

**ORDER GRANTING UNOPPOSED MOTION TO CONFIRM**
**ARBITRATION AWARD AND ENTERING JUDGMENT**

This matter having come before the Court upon the unopposed motion (Doc. 57) of Defendants Maney & Gordon, P.A. (now known as Maney Gordon Zeller, P.A.), Richard H. Maney, Jeffrey L. Gordon, and Christian G.A. Zeller for an order confirming the award of the arbitrator in this matter, and directing that judgment be entered in conformity with the award, the Court FINDS that the Motion is well taken and should be granted.  The Court ORDERS as follows:

1.      The ruling of arbitrator Luis G. Stelzner, as set forth in Exhibits A and B to Defendants' Motion (Doc. 57) is hereby confirmed by the Court.

2.      Judgment is hereby entered, adopting the arbitrator's rulings in full as set forth in Exhibits A and B to Defendants' Motion (Doc. 57).  Per the arbitrator's ruling:

    A.    Neither Plaintiffs nor Defendants shall receive any damages or other monetary recovery from the other, nor shall any injunctive relief be imposed;

    B.    The contract between the parties was terminated as of April/May 2013 by the conduct of the parties; and

    C.    Each party shall bear its own costs and attorneys' fees

_____
HON. STEPHAN M. VIDMAR
United States Magistrate Judge
Presiding by Consent

**SUBMITTED BY:**

PEIFER, HANSON & MULLINS, P.A.

By: */s/ Gregory P. Williams*
    Charles R. Peifer
    Gregory P. Williams
20 First Plaza, Suite 725
Post Office Box 25245
Albuquerque, NM  87125-5245
Tel:  505-247-4800
cpeifer@peiferlaw.com
gwilliams@peiferlaw.com
*Attorneys for Defendants*


**APPROVED BY**:

STEVEN K. SANDERS & ASSOCIATES, LLC

By: *Approved via email on 11/18/16*
    Steven K. Sanders
820 Second Street NW
Albuquerque, NM  87102
stevenksanders@aol.com
*Attorneys for Plaintiffs*